# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 16, 2024
Lyle W. Cayce
Clerk

No. 22-30227

Jack Venton Venable; Brent K. Kemp,

*Plaintiffs—Appellants,*

versus

Smith International, Incorporated,

*Defendant—Appellee,*

───────────────────────────────

William Aguirre,

*Plaintiff—Appellant,*

versus

Smith International, Incorporated,

*Defendant—Appellee,*

───────────────────────────────

Karl Drobish,

*Plaintiff—Appellant,*

versus

No. 22-30227

Smith International, Incorporated,

*Defendant—Appellee,*

_____

Charles Walter Myers,

*Plaintiff—Appellant,*

*versus*

Smith International, Incorporated,

*Defendant—Appellee,*

_____

Joel Brent Story,

*Plaintiff—Appellant,*

*versus*

Smith International, Incorporated,

*Defendant—Appellee.*
_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:16-CV-241
USDC No. 6:17-CV-860
USDC No. 6:19-CV-238
USDC No. 6:19-CV-239
USDC No. 6:19-CV-240

No. 22-30227

_____

ON PETITION FOR REHEARING EN BANC

Before Barksdale, Southwick, and Graves, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.